DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) FELON IN POSSESSION OF A |
| | ) FIREARM |
| v. | ) Vio. 18 U.S.C. §§ 922(g)(1) and |
| | ) 924(a)(2) |
| | ) |
| | ) COUNT 2: |
| JOSHUA J. GALLANT, | ) CRIMINAL FORFEITURE |
| | ) Vio. 18 U.S.C. § 924(d)(1) |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 6, 2004, in the District of Alaska, the defendant, JOSHUA J. GALLANT, did knowingly possess in or affecting commerce, a firearm, to wit: a Llama .45 caliber semiautomatic handgun, Model Mini-Max, serial number 71-04-07733-00, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2).

## COUNT 2

As a result of committing the offense alleged in Count 1 of the Indictment, and upon conviction of Count 1, an offense punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one Llama .45 caliber semiautomatic handgun, Model Mini-Max, serial number 71-04-07733-00,

//

//

//

pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

           s/Grand Jury Foreperson
           GRAND JURY FOREPERSON

s/David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:  5/16/06