```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JOSHUA J. GALLANT        CASE NO. 3:06-cr-00049-JWS
Defendant: X Present-Telephonic  X In Custody

BEFORE THE HONORABLE:          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

UNITED STATES' ATTORNEY:       AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:          RICHARD CURTNER - APPOINTED
                               M.J. HADEN - TELEPHONIC

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 6/9/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:59 a.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights, charges and penalties.

X Federal Public Defender accepted appointment; FPD notified.

X PLEAS: Not guilty to counts 1-2 of the Indictment.

X Defendant detained/Detention Hearing set for **6/16/06 at 10:00 a.m.** before Magistrate Guss in Anchorage. Order of Temporary Detention **FILED**.

X Pretrial motions due **6/29/06**.

X Counsel advised of trial date: **8/31/06 at 9:00 a.m.**; Final pretrial conference **8/31/06 at 8:30 a.m.** Order for the Progression of a Criminal Case **FILED**.

At 10:20 a.m. court adjourned.


DATE: June 9, 2006          DEPUTY CLERK'S INITIALS:   rc