AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

JOSHUA J. GALLANT

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00049-JWS

US/AG – D/ALASKA – WARRANTS
FIU # 117406
WARRANT #
Entered NCIC
Entered APSIN

Removed NCIC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSHUA J. GALLANT and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(g)(1) and 924(a)(2) - FELON IN POSSESSION OF A FIREARM - Count 1
18:924(d)(1) - CRIMINAL FORFEITURE - Count 2

in violation of Title United States Code, Section(s)

Ida Romack
Name

by ___ redacted signature ___ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

May 16, 2006, at Anchorage, Alaska
Date and Location

by Magistrate Judge John D. Roberts

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Fairbanks AK

on 6/8/06.

DATE RECEIVED: 5/16/06
NAME AND TITLE OF ARRESTING OFFICER: Trooper Moore
SIGNATURE OF ARRESTING OFFICER: