IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Joshua J. Gallant

CASE NO: 3:06-cr-00049-JWS

---

Defendant Joshua J. Gallant,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to P.O. Paula McCormick to transport to Cordova Center, the third party custodian(s). on 6-19-06

___ Paid cash bail in the amount of _____ to the Clerk of Court.

___ Posted unsecured bond in the amount of _____

___ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court.

___ Surrendered passport to the Clerk of Court.

___ Other: _____

Dated at Anchorage, Alaska this 16th day of June, 2006

REDACTED SIGNATURE

MARY E. GUSS,
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal