Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>    Defendant. | NO. 3:06-cr-00049-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND THE PRETRIAL MOTIONS DEADLINE FOR ONE WEEK** |

JOSHUA J. GALLANT, by and through counsel Rich Curtner, Federal Defender, moves this court for an order extending time to file his pretrial motions for one week.  The current pretrial motions date is June 29, 2006.  Trial is scheduled for July 31, 2006.  Counsel has not had an opportunity to adequately review the discovery in this case.

The government does not oppose this request.

This motion is submitted pursuant to D.Ak.L.R. 7.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 29th day of June 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on June 29, 2006,
a copy of the **Unopposed Motion on Shortened Time to Extend The Pretrial Motions Deadline for One Week**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner