UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>        Defendant. | NO. 3:06-cr-00049-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND THE PRETRIAL MOTIONS DEADLINE FOR ONE WEEK** |

After review of the defendant's Unopposed Motion on Shortened Time to Extend the Pretrial Motions Deadline For One Week, the motion is GRANTED. The defendant shall have until the close of business on Thursday, July 6, 2006, in which to file pretrial motions. Oppositions to the pretrial motions shall be due by the close of business on July 13, 2006.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE