Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>    Defendant. | NO. 3:06-cr-00049-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1. I am the attorney for Joshua Gallant in the above-captioned case.

2. Pretrial motions in this matter are presently due today, June 29, 2006.

3. Counsel respectfully requests a one-week extension of the deadline to file pretrial motions.  Judge Sedwick has set trial in this matter for July 31, 2006.

4. This request is necessary because counsel has been unable to adequately review the discovery in this case.

5. On June 29, 2006, Assistant U.S. Attorney David Nesbett indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
RICH CURTNER

SUBSCRIBED AND SWORN to before me this 29th day of June 2006.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 12/20/2008