UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>Defendant. | NO. 3:06-cr-00049-JWS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND THE PRETRIAL MOTIONS DEADLINE FOR ONE WEEK (Docket No. 14)** |

After review of the defendant's Unopposed Motion on Shortened Time to Extend the Pretrial Motions Deadline For One Week, the motion is GRANTED. The defendant shall have until the close of business on Thursday, July 6, 2006, in which to file pretrial motions. Oppositions to the pretrial motions shall be due by the close of business on July 13, 2006.

DATED this 29th day of June 2006, in Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE