Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA J. GALLANT,<br><br>　　　　　Defendant. | NO. 3:06-cr-00049-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL FOR THIRTY DAYS** |

　　　　　COMES NOW THE DEFENDANT, JOSHUA J. GALLANT, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing his trial, currently scheduled for July 31, 2006, for approximately thirty days until the week of September 5, 2006.

　　　　　Counsel for Mr. Gallant has been negotiating a resolution of this case with the government. Critical to that negotiation is a psychiatric evaluation of Mr. Gallant. Counsel for Mr. Gallant has retained a psychiatrist who is scheduled to interview Mr. Gallant on July 21, 2006, and will complete her evaluation by the middle of August 2006.

Assistant U.S. Attorney David Nesbett does not oppose this motion.

This motion is submitted pursuant to D. Alaska Local Rule 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 20th day of July 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on July 20, 2006,
a copy of the ***Unopposed Motion
to Continue Trial for Thirty Days***
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner