UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00049-JWS |
| Plaintiff, | |
| vs. | **PROPOSED ORDER CONTINUING TRIAL** |
| JOSHUA J. GALLANT, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion to Continue

Trial for Thirty Days, the motion is granted.  Therefore, IT IS HEREBY ORDERED that:

The trial in this case, currently scheduled for July 31, 2006, at 9:00 a.m. is

continued to _____, 2006, at _____  _____.m.

The final pretrial conference, currently scheduled for July 31, 2006, at 8:30

a.m. is continued to _____, 2006, at _____  _____.m.


DATED this _____ day of July 206, in Anchorage, Alaska.


_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE