Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA J. GALLANT,<br><br>　　　　Defendant. | NO. 3:06-cr-00049-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Rich Curtner, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　Mr. Gallant's trial is scheduled for July 31, 2006, at 9:00 a.m.

　　　　3.　　A continuance is necessary because counsel is still waiting for a psychiatric evaluation of Mr. Gallant, that may resolve this case short of trial.

4. Counsel has retained a psychiatrist who is scheduled to interview Mr. Gallant on July 21, 2006, and will complete her evaluation by the middle of August 2006.

5. Assistant U.S. Attorney David Nesbett does not oppose this motion

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
RICH CURTNER

SUBSCRIBED AND SWORN to before me this 20th day of July 2006.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Joshua J. Gallant*
*Case No. 3:06-cr-00049-JWS*                                                                 *Page 2*