Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>  Defendant. | NO. 3:06-cr-00049-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

    COMES NOW THE DEFENDANT, JOSHUA J. GALLANT, by and through counsel Rich Curtner, Federal Defender, and hereby gives notice of his intent to change his plea in the above-captioned case, pursuant to a written plea agreement that will be filed next week.  Mr. Gallant respectfully requests the court to schedule a change of plea hearing on Thursday, August 24, 2006, at 8:30 a.m., the time currently scheduled for his final pretrial conference, or next week at a date and time convenient to the court and the parties.

DATED at Anchorage, Alaska this 17th day of August 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the **Notice of Intent to Change Plea** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner