# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA     v.    JOSHUA J. GALLANT 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                         CASE NO.  3:06-cr-00049-JWS

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: August 18, 2006

      The above-referenced matter had been set on for a jury trial to commence on August 24, 2006 before Judge John W. Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on August 24, 2006 at 8:30 a.m.

[]{IK2.WPD*Rev.12/96}