Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA J. GALLANT,<br><br>　　　　Defendant. | NO. 3:06-cr-00049-JWS<br><br>**NOTICE OF FILING PROPOSED ORDER OF REMAND** |

　　　　Joshua Gallant, through counsel, Rich Curtner, Federal Defender, hereby files the attached proposed order of remand.

　　　　DATED at Anchorage, Alaska this 24th day of August 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Rich Curtner
　　　　　　　　Federal Defender
　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　907-646-3400
　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　E-Mail:　　rich_curtner@fd.org

Certification:
I certify that on August 24, 2006,
a copy of the **Notice of Filing Proposed
Order of Remand** was served electronically
on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner