UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA J. GALLANT,<br><br>Defendant. | NO. 3:06-cr-00049-JWS<br><br>**PROPOSED ORDER OF REMAND** |

IT IS HEREBY ORDERED that defendant Joshua J. Gallant shall remand into United States Marshals' custody on Monday, August 28, 2006. Paul McCormick, Pretrial Services Officer, shall pick Mr. Gallant up at the Cordova Center and deliver him into United States Marshals' custody on that date.

DATED this _____ day of August 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE