UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00049-JWS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF REMAND** |
| JOSHUA J. GALLANT, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Joshua J. Gallant shall remand into United States Marshals' custody on Monday, August 28, 2006. Paula McCormick, Pretrial Services Officer, shall pick Mr. Gallant up at the Cordova Center and deliver him into United States Marshals' custody on that date.

DATED this 25th day of August 2006, in Anchorage, Alaska.

                                    /s/
                                  JOHN W. SEDWICK
                                  U.S. DISTRICT JUDGE