NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-049-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| | ) | **ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| JOSHUA GALLANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby

requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 27th day of September, 2006 in Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney

            s/James Barkeley
            JAMES BARKELEY
            Assistant U. S. Attorney
            Federal Building & U.S. Courthouse
            222 W. 7th Avenue, #9, Rm. C-253
            Anchorage, AK  99513-7567
            Phone: (907) 271-3699
            Fax: (907) 271-1500
            Email: jim.barkeley@usdoj.gov
            Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, a true and correct
copy of the foregoing MOTION FOR PRELIMINARY ORDER
OF FORFEITURE was served electronically on:

RICHARD CURTNER  (Counsel for Joshua Gallant)

s/James Barkeley