I have accepted responsibility for my actions. I've made some poor choices, and I truly regret the choices that I've made.

I put my entire existence into a relationship, and when it ended, I was emotionally devestated. I felt as though I was fighting for my own life.

I do not deny the fact that I was angry while incarcerated, however, I hold absolutely no animosity toward the victim.

While incarcerated, I participated in and successfully complete courses that allowed me to better understand myself and provided the means to overcome problems in my life.

After I served my sentence, I agreed to have my state probation transferred to Fairbanks, where I was building a better life for myself. I immediately obtained full-time employment and was in compliance with my probation until I was arrested on the present charge.

Finally, I would like some closure to all of this, and I do not feel that putting me in prison is the answer.

Sincerely,

Joshua Gallant