NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0049-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
| | ) | MEMORANDUM |
| JOSHUA GALLANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, JOSHUA GALLANT, who is scheduled to be sentenced on November 3, 2006. For the reasons provided below, the government concurs with the

recommendations made by the final presentence report ("PSR"), and, pursuant to the **11(c)(1)(c)** plea agreement recommends a sentence of 36 months.

I.  BACKGROUND

On August 24, 2006, the defendant pled guilty to the following count of the Indictment: felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The defendant also admitted to Count 2 of the Indictment, criminal forfeiture, in accordance with 18 U.S.C. § 922(d)(1). During his plea colloquy, Gallant, who had previously been convicted of a felony, admitted that in November of 2004 he possessed a firearm. The firearm had been transported in interstate commerce.

II. SENTENCING CALCULATION

   A.  Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Count 1 of the Indictment is ten (10) years imprisonment, a $250,000 fine, three (3) years of supervised release, and a $100 special assessment.

   B.  Sentencing Guidelines Calculation

The guideline imprisonment range pursuant to the United States Sentencing Guidelines is 84-105 months.

III.     GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence of 36 months.

The seriousness of this case cannot be overestimated. Gallant was stalking Ms. Jennifer Martin with a handgun in his pocket with five rounds. According to Gallant, the five rounds were there for each of the three children and for Martin and himself. The government obtained a Petite waiver to prosecute this case subsequent to a conviction in state court for the same incident for the following reasons: first, the case involved the unlawful possession of firearms – a substantial federal interest; second, the prior conviction in state court, with a sentence of less than two years active jail time, left that interest unvindicated; third, Gallant's conduct, felon in possession of a firearm, clearly constituted a federal offense; and fourth, there was more than sufficient evidence to obtain a conviction.

A sentence of three years in federal custody, a supplement to the sentence he has served already in state custody, satisfies the government's interests in this case. When considering the sentencing factors in 18 U.S.C. § 3553, therefore, a sentence of 36 months is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the victim, Ms. Martin, and the public from further crimes

of the defendant.

The government recommends that the defendant be sentenced as follows:

(1) **36 months in custody**;

(2) **No fine is requested** due to the defendant's inability to pay;

(4) **A three (3) year period of supervised release,** and

(5) **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this 27th day of October, 2006, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006,
a copy of the foregoing was served
electronically on:

**Richard Curtner**

s/ David A. Nesbett