```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JOSHUA J. GALLANT         CASE NO. 3:06-cr-00049-JWS
Defendant: X Present   X In Custody   __On Bond

BEFORE THE HONORABLE:   JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:        Linda Christensen

UNITED STATES ATTORNEY:           DAVID NESBETT

DEFENDANTS ATTORNEY:              RICH CURTNER

U.S.P.O.:           SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 11/7/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

X Notice of Appeal form given to defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of   36 months; court recommended that defendant be placed in the Sheridan, Oregon facility.

X Defendant placed on supervised release for a period of 3 years years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 100.00, due   immediately; payment coupon given to defendant.

X Defendant remanded to the custody of the U.S. Marshal.

X OTHER: Court accepted the plea agreement.  Court will sign the order of forfeiture as to Ct 2 upon submission by the government.

At 10:14 a.m. court adjourned.


DATE: NOVEMBER 7, 2006           DEPUTY CLERK'S INITIALS:   lc