NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-049-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT REGARDING** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| JOSHUA GALLANT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby informs the Court that the government will not be pursuing a final decree of forfeiture with respect to the firearm described in Count 2 of the Indictment. Although government counsel indicated at IOS (see Minutes at docket 32) that a final decree would be submitted to the Court, the seizing agency (ATF) subsequently advised the government that said firearm was stolen and would be returned to its rightful owner, Rayco Sales in Juneau. Therefore, no

final decree of forfeiture will be sought.

    DATED this 30th day of January, 2007 in Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                      s/James Barkeley
                                      JAMES BARKELEY
                                      Assistant U. S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 W. 7th Avenue, #9, Rm. C-253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-3699
                                      Fax: (907) 272-5011
                                      Email: jim.barkeley@usdoj.gov
                                      Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, a true and correct copy of the foregoing STATUS REPORT REGARDING FORFEITURE was served electronically on:

RICHARD CURTNER  (Counsel for Joshua Gallant)

s/James Barkeley