**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )   Case No. 3:06-cr-00049-JWS
v.                             )
                               )
JOSHUA J. GALLANT,             )
                               )
        Defendant.             )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   __XX__  The court has granted the motion of the government for dismissal with prejudice; of the offense(s) of Criminal Forfeiture as charged in count 2 of the Indictment.

   **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

   **DATED** at Anchorage, Alaska, this 29 day of March, 2007.

                              /s/ JOHN W. SEDWICK
                              United States District Judge

[~9999527.wpd]{DISCHARG.WPD*Rev.07/03}